IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SEEMA SHAH,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER VACATING JUDGMENT AND REMANDING CASE**<br><br>2:14-cv-000603-EJF<br><br>Magistrate Judge Evelyn J. Furse |

      On January 19, 2016, Plaintiff Seema Shah appealed to the Tenth Circuit Court of Appeals from this Court's judgment affirming the Commissioner of the Social Security Administration's denial of Ms. Shah's application for supplemental security income.  Upon the Commissioner's Unopposed Motion for Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. §405(g), the Tenth Circuit remanded Ms. Shah's case to this Court to vacate its judgment and remand the matter to the Commissioner for further proceedings as outlined in the Commissioner's Motion.

      Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), this Court VACATES its order, entered December 23, 2015, (ECF No. 33), and judgment, entered January 25, 2016, (ECF No. 37), and hereby REMANDS this matter to the Commissioner of the Social Security Administration for additional administrative proceedings as set forth below.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).  Upon remand, the Appeals Council will remand the case back to an administrative law judge ("ALJ") with instructions to obtain a psychological consultative examination, and to hold a de novo hearing and issue a new decision regarding Ms. Shah's

eligibility for supplemental security income.  The Clerk of the Court is directed to enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

DATED this 19th day of May, 2016.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge